Shonerick Brame
c/o 6655 Densmore Ave
Van Nuys CA 91406
(602) 400-9875

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
_ FILED      _ LODGED
_ RECEIVED   _ COPY

   JUN 2 7 2025

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

SHONRICK BRAME, individually and on behalf of his family,

Plaintiffs,

v.

SERGEANT COPELAND, Badge No. 8661;

OFFICER MARTIN, Badge No. 9620;

OFFICER LEE, Badge No. 8278;

OFFICER ALVAN, Badge No. 11564;

OFFICER COROS, Badge No. 11561;

SERGEANT PARKSON (Badge Unknown);

OFFICER D. MITCHELL (Badge Unknown);

JOHN DOE OFFICERS 1-10;

UNNAMED JUDGE,

Defendants.

CV25-02230-PHX-KML--CDB

Civil Action No.: _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. § 1983)

### I. JURISDICTION AND VENUE

1. This action arises under 42 U.S.C. § 1983 for violations of Plaintiffs' rights under the Fourth and Fourteenth Amendments to the U.S. Constitution.

2. Jurisdiction is conferred by 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper under 28 U.S.C. § 1391(b) as the events occurred in Maricopa County, Arizona.

### II. PARTIES

4. Plaintiffs, SHONRICK BRAME and his family, are nonresident private people domiciled on the land within the geographic region known as Arizona, but not citizens of the United States or the State of Arizona.

5. Defendants are law enforcement officers and a judicial officer acting under color of law:

- Sergeant Copeland, Badge No. 8661

- Officer Martin, Badge No. 9620

- Officer Lee, Badge No. 8278 (made personal threats)

- Officer Alvan, Badge No. 11564

- Officer Coros, Badge No. 11561 (pushed Plaintiff off his own property)

- Sergeant Parkson (refused to give badge number; threatened Plaintiff)

- Officer D. Mitchell (refused to identify)

- Unnamed Judge (signed the unlawful warrant)

- John Doe Officers 1-10

### III. FACTUAL ALLEGATIONS

6. On or about September 5, 2024, approximately 20 officers, including SWAT members, raided Plaintiffs' private residence in Maricopa County, Arizona.

7. The officers entered and searched the home without presenting a valid search warrant, or under a false warrant.

8. Officers used excessive force, including pushing SHONRICK BRAME off his own property.

9. Plaintiffs were forcibly removed from their home and detained without legal justification.

10. Officer Lee verbally threatened Plaintiff. Sergeant Parkson also made threats and refused to identify himself.

11. Plaintiffs' adult son was wrongfully arrested and later cleared as a case of mistaken identity.

12. Property was damaged during the raid; no explanation or charges were provided.

13. Plaintiffs were treated as criminals without probable cause or legal process.

14. The raid caused emotional trauma, distress, and fear for the entire family.

15. Plaintiffs possess audio recordings capturing the verbal threats made by Officer Lee and Sergeant Parkson during the raid. These will be presented at trial.

16. Plaintiffs also possess video recordings showing the unlawful conduct, excessive force, and lack of lawful justification by Defendants. These too will be submitted as evidence.

### IV. CLAIMS FOR RELIEF

COUNT I - Unlawful Search and Seizure

COUNT II - Excessive Force

COUNT III - Wrongful Arrest and Detention

COUNT IV - Failure to Intervene and Supervise

COUNT V - Intentional Infliction of Emotional Distress

COUNT VI - Judicial Misconduct

## V. DAMAGES REQUESTED

Plaintiffs demand the following relief:

- $15,000,000 for constitutional violations and property damage

- $10,000,000 for emotional distress

- $20,000,000 in punitive damages

- All court costs and other appropriate relief

## VI. REQUEST TO WAIVE FILING FEES

Plaintiffs respectfully request waiver of all filing fees due to private nonresident status, or alternatively, to proceed in forma pauperis.

## VII. JURY DEMAND

Plaintiffs demand trial by jury on all triable issues.

## VIII. EXHIBITS AND DECLARATIONS

Exhibit A - Audio Recording of Verbal Threats (to be submitted on request)

Exhibit B - Video Recording of Officer Conduct (to be submitted on request)

Declaration of SHONRICK BRAME regarding authenticity of audio evidence

Supplemental Declaration regarding video evidence