IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shonrick Brame,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Copeland, et al.,<br><br>    Defendants. | CASE NO:<br>CV–25–02230–PHX–KML (CDB)<br><br>**NOTICE OF ASSIGNMENT** |

    On June 27, 2025, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Krissa M Lanham and has been referred to Magistrate Judge Camille D Bibles (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

    DATED this 27th day of June, 2025.

                                     *s/Debra D. Lucas*

                                       Debra D. Lucas<br>                                       District Court Executive & Clerk of Court

cc: Plaintiff