SUPPLEMENTAL NOTICE OF RETALIATION, TRUST INTERFERENCE, AND MOTION FOR EMERGENCY INJUNCTION

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA



Case No.: 2:25-cv-02230-KML--CDB

Case No.: 2:25-cv-02230-KML--CDB

MOTION FOR EMERGENCY INJUNCTION

NOW COMES the Plaintiff, SHONERICK DESHAWN BRAME, acting in propria persona and as Trustee of the SHONRICK BRAME TRUST, to respectfully request this Court grant an EMERGENCY INJUNCTION to halt any ongoing or future custodial proceedings against MOSIAH PHINEAS BRAME, a named trust beneficiary, due to clear evidence of retaliatory action connected to the civil litigation now pending before this Court.

As set forth in the accompanying Affidavit of Retaliation and Trust Interference, the re-arrest of Mosiah Phineas Brame on June 27, 2025, constitutes unlawful harassment and direct retaliation following the filing of this suit.

Plaintiff asserts that no new lawful evidence exists to justify this renewed detention, and that his rights and the rights of the trust estate are being unlawfully infringed.

WHEREFORE, Plaintiff respectfully demands that this Court:
1. Issue an immediate injunction preventing any further custodial action against Mosiah Phineas Brame relating to the original disputed charges;
2. Order the immediate release of Mosiah Phineas Brame pending full hearing;
3. Schedule an emergency hearing within 7 days to address ongoing retaliatory conduct.

☐

AFFIDAVIT OF RETALIATION AND TRUST INTERFERENCE

I, Shonrick-Deshawn:Brame, a living man, sui juris,

Trustee and Secured Party Creditor of the SHONRICK BRAME TRUST (recorded April 18, 2025), and recorded Declarant under Instrument #2025-0308245 at the Maricopa County Recorder's Office, do hereby make this sworn affidavit of my own free will, under penalty of perjury, to state the following facts, truthfully and without misrepresentation, to the best of my firsthand knowledge.

## FACTUAL BACKGROUND

1. I am the recorded Trustee and Secured Party for the SHONRICK BRAME TRUST, a private trust estate recorded and administered under the laws of the California Republic, with collateral interests filed under UCC File No. U2400575727.

2. On or about a date prior to September 5, 2024, I was unlawfully arrested by law enforcement officials connected to the City of Glendale and/or Maricopa County without due cause.

3. While in custody, I was physically assaulted, forcibly restrained, and injected with a needle against my will in direct violation of my bodily autonomy and trust-protected status. No lawful consent was given for any blood draw or medical seizure.

4. I was then falsely charged with DUI. These charges remain improperly listed in court and police databases and were based on evidence unlawfully obtained through forced medical invasion.

5. On September 5, 2024, officers raided my residence without just cause or lawful warrant, resulting in the wrongful arrest of my son, Mosiah Brame, who was later released citing mistaken identity.

6. On June 27, 2025, Mosiah Phineas Brame was re-arrested and charged with the same offenses tied to the original raid. This re-arrest occurred after this civil suit was filed and served, and appears to be a calculated act of retaliation.

7. Mosiah Brame is a named beneficiary of the SHONRICK BRAME TRUST and not subject to state custodial prosecution absent verified harm or standing. His

status and trust protections were ignored.

8. I assert that these actions are in violation of the U.S. Constitution, 42 U.S.C. § 1983, and constitute ongoing harassment.

9. I reserve all rights and remedies to pursue injunctive and equitable relief.

☐

EXHIBIT A

Custody Record of Mosiah Phineas Brame – Evidence of Retaliation

The following record documents the custody status of Mosiah Phineas Brame, re-arrested by law enforcement on or about June 27, 2025, on charges previously connected to the police raid referenced in the civil rights complaint filed by Shonerick Deshawn Brame in Brame et al. v. Glendale Police Department et al.

Defendant: Mosiah Phineas Brame
Booking Number: G188947
Booking Date: June 27, 2025
Next Court Date: July 3, 2025
Court Location: 175 W Madison St, Phoenix, AZ
Charges: 2 Counts Armed Robbery with a Deadly Weapon, 1 Count Burglary – 1st Degree
Bond Amount: $50,000
Custody Facility: XXPod (Maricopa County Sheriff - Detention Division)
Status: Bound over to Superior Court

*[Signature]* 7-7-2025

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
JUSTIN HEAP
20250219384  04/18/2025  03:06
PAPER RECORDING

0259994-8-1-1
AminE

When recorded mail to:

Name: TRust Certification

Address: _____

City/State/Zip: _____

this area reserved for county recorder

# CAPTION HEADING:

## DO NOT REMOVE

This is part of the official document.

# SHONRICK BRAME TRUST

DOCUMENTS INCLUDED

ABSTRACT OF TRUST
CERTIFICATION OF TRUST

# ABSTRACT OF TRUST

## Section I: Trust Information

Trust Information and Dates
a. The Trust is legally named "SHONRICK BRAME Trust"
b. The trust is Irrevocable
c. This trust was established 03/20/2024 at:
Hagatorg 54
Reykjavik, Iceland 101
d. This trust has not been amended.
e. The EIN of this trust is  98-6126718

## Section II: Trustee Information

Current Acting Trustee(s)
a. Shonerick;Brame, TTEE
b. Christina iocolano, TTEE

The Trust requires unanimous consent among the Trustee(s) to establish an account with respect to Trust assets, but only one trustee is required to be an authorized account manager.
There are currently no Successor Trustees.

## Section III: Beneficiary Information

The Certificate Holders are:
a. Mosiah Brame
b. Elijah Brame
c. Annastazia Brame
D. Isabella Brame
E. Zoei Brame

# CERTIFICATION OF TRUST

This Certification of Trust was created March 20, 2024 The Trust has been legally created as an Irrevocable Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees.

We Shonerick:Brame , TTEE and Christina Iocolano TTEE certify that we are the trustees of a trust entitled SHONRICK BRAME TRUST, created by Declaration of Trust dated March 20, 2024 .

We the undersigned, as the current acting Trustees declare and certify to this financial institution:

1. We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust.

2. We declare that I have full authority under the above referenced trust to open, enter and remove contents and close safe deposit boxes and open or close accounts.

3. Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

4. The Trustee will not direct aforesaid bank to take any action unless the Trustee has the power to act and such powers are properly exercised.

5. Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

6. If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers conferred on Trustee in support of a pending transaction under this certification.

7. The trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

8. All information contained in this certification is true and correct, and you (Aforesaid Bank), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

9. The Trustees may sign for an Electronic Debit Card and/or Credit Card.

10. In addition to the above powers, the Trustee has the following authorities:
    a. The authority to grant power of attorney.
    b. The authority to encumber trust property.
    c. The authority to authorize borrowing on behalf of the trust.
    d. The authority to appoint a general manager as signer on trust accounts.

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demands, liabilities, costs or expense, including, but not limited to reasonable attorney's fees which it may suffer or incur by any reason of its reliance upon any statement contained herein.

Page 3 of 5

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974, Title 5 U.S.C. 552(a), the Fourth and Fifth Amendments of the Constitution for the United States of America, the common law privacy rights available in the United States of America and every other applicable jurisdiction.

We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed this
I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal

*[signature]*

Shonerick:Brame , TTEE, Executive Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17-18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of _____ )
                          ) Scilicet
_____ State      )

SUBSCRIBED AND SWORN TO before me this _____ day of _____ A.D. 20____.

_____ Seal
Notary Public Signature

My Commission Expires _____

*Please see attached a compliant certificate.*

I as the secretarial trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

_____
Christina IocolanoTTEE, Secretarial Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of _____ )
                           ) Scilicet
_____ State      )

SUBSCRIBED AND SWORN TO before me this _____ day of _____ A.D. 20____.

_____ Seal
Notary Public Signature

My Commission Expires _____

☆ Please see attached CA compliant certificate.

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _LOS ANGELES_

Subscribed and sworn to (or affirmed) before me on
this __26__ day of __April__, 20__24__
by __SHONERICK BEAME__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

(Seal)

VARUN KAPOOR
COMM # 2360958
Los Angeles County
California Notary Public
Comm Exp June 13, 2025

# JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __LOS ANGELES__

Subscribed and sworn to (or affirmed) before me on
this __26__ day of __APRIL__, 20 __25__,
by __CHRISTINA LOCOLANO__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____



(Seal)

20250219384
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
JUSTIN HEAP



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 05/29/2025 02:43:15 PM

By _____Justin Heap_____ Recorder

To Verify this purchase visit
https://recorder.maricopa.gov/recording/verify-cert.html?id=329549