Shonrick Brame
6655 Densmore Ave
Van nuys CA 91406

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

AUG 0 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Shonrick Brame Case No. CV-25-02230-KML–CDB
Plaintiff,

v.
Copeland et al
Defendant.

## MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY

Pursuant to the Local Rules of Civil Procedure for the District of Arizona and consistent with Fed. R. Civ. P. 5(d), the Plaintiff respectfully moves this Court for leave to file and serve documents electronically via the Court's CM/ECF (Case Management/Electronic Case Filing) system.

Plaintiff is proceeding pro se and has previously requested electronic noticing. Plaintiff now requests full access to electronic filing privileges for the purpose of efficiently managing court filings, receiving timely notices, and maintaining accurate records in the above-captioned matter.

Plaintiff agrees to comply with all rules, technical requirements, and procedures set forth by the District of Arizona for pro se e-filers, and further agrees to participate in any mandatory training or acknowledgment forms required.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and allow Plaintiff to file documents electronically in this case.

Respectfully submitted,

Dated: August 6, 2025

/s/ Shonrick Brame

Shonrick Brame