Shonrick Brame
Lead Plaintiff, Father and Grandfather, and Authorized Representative for All Plaintiffs
Acting Pro Se
6655 Densmore Ave.
Van Nuys, CA 91406
Phone: (818) 515-6249
Trust Email: ShonrickBrameTrust@gmail.com



✔ FILED        ___ LODGED
___ RECEIVED   ___ COPY

OCT 3 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

------------------------------------------------------------

**SHONRICK BRAME**, individually and as father and grandfather representing his immediate family, including
**JUDAH POWELL** and spouse (with three minor children),
**ELIJAH BRAME** and spouse (with four minor children), and **MOSIAH BRAME**,
Plaintiffs,

v.

**CITY OF GLENDALE POLICE DEPARTMENT**, a municipal agency;
**SERGEANT COPELAND** (Badge #8661); **OFFICER MARTIN** (Badge #9620); **OFFICER LEE** (Badge #8278);
**OFFICER ALVAN** (Badge #11564); **OFFICER COROS** (Badge #11561); **SERGEANT PARKSON** (Badge unknown);
**OFFICER D. MITCHELL** (Badge unknown); and **JOHN DOE OFFICERS 1–10**,
Defendants.

Case No. CV-25-02230-PHX-KML (CDB)

**FIRST AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

------------------------------------------------------------

**I. JURISDICTION AND VENUE**

1. This action is brought pursuant to **42 U.S.C. § 1983** to redress the deprivation of rights secured by the Constitution and laws of the United States.

2. Jurisdiction is proper in this Court under **28 U.S.C. §§ 1331 and 1343**, because the claims arise under federal law and involve violations of federally protected civil rights.

3. Venue is proper in the **District of Arizona, Phoenix Division**, under **28 U.S.C. § 1391(b)**, because

the events giving rise to these claims occurred within Maricopa County, Arizona, and all defendants, including the City of Glendale Police Department, are believed to reside or conduct official duties within this district.

## II. PARTIES

4. Plaintiff Shonrick Brame is the father and grandfather of the co-plaintiffs named herein. His sons Judah Powell, Elijah Brame, and Mosiah Brame, along with their spouses and minor children, were present at the leased residence during the police raid on September 5, 2024. All plaintiffs are direct family members who suffered unlawful detention, property loss, and emotional trauma as a result of defendants' conduct.

5. All defendants, including the **City of Glendale Police Department**, were law-enforcement officers or agencies employed within the City of Glendale, Arizona, acting under color of law and within the scope of their official duties.

## III. FACTUAL ALLEGATIONS

6. Sergeant Copeland (Badge #8661) authorized and directed the unlawful entry and search of plaintiffs' leased residence on September 5, 2024, without presenting a valid warrant or exigent circumstances, violating the Fourth Amendment.

7. Sergeant Parkson (Badge unknown) participated in the raid, aimed his firearm at unarmed family members including minor children, and refused to identify himself, violating the Fourth and Fourteenth Amendments.

8. Officer Martin (Badge #9620) participated in the tactical entry and is believed to have deployed a flash-bang device at the front entry, endangering women and children, violating the Fourth Amendment.

9. Officer Lee (Badge #8278) verbally threatened Plaintiff Shonrick Brame during the raid and, along with other officers, aimed firearms at members of the Brame family — including minor children — while they were compliant and posed no threat.

10. Officer Alvan (Badge #11564) unlawfully detained and handcuffed Plaintiff Judah Powell in front of his family despite full compliance, violating the Fourth Amendment.

11. Officer Coros (Badge #11561) used excessive force by pushing Plaintiff Shonrick Brame off his leased property without provocation, violating the Fourth and Fourteenth Amendments.

12. Officer D. Mitchell (Badge unknown) detained women and children at gunpoint and failed to intervene to prevent misconduct, violating the Fourth and Fourteenth Amendments.

13. John Doe Officers 1–10 participated in or failed to prevent the unlawful search, detention, and excessive force described herein, violating 42 U.S.C. §§ 1983 and 1986.

## IV. DAMAGES

14. Plaintiffs include three generations of the Brame family — a father, his adult sons, their spouses, and grandchildren — all of whom were present and directly impacted by defendants' conduct. The raid caused lasting trauma, fear of law enforcement, emotional distress, and property loss.

## V. MUNICIPAL LIABILITY (MONELL CLAIM)

15. Defendant **City of Glendale Police Department**, through its policymakers and supervisors, maintained or permitted official policies, customs, or practices that resulted in the deprivation of Plaintiffs' constitutional rights.

16. These practices include, but are not limited to, failing to properly train, supervise, and discipline officers regarding unlawful searches, excessive force, and the treatment of civilians.

17. The City's deliberate indifference to these unconstitutional practices was the moving force behind the violations of Plaintiffs' Fourth and Fourteenth Amendment rights.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Enter judgment in favor of Plaintiffs and against all Defendants jointly and severally, including the City of Glendale Police Department;

B. Award damages as follows:

1. Compensatory Damages: $10,000,000.00

2. Emotional and Psychological Damages: $7,000,000.00

3. Punitive Damages: $6,000,000.00

4. Property and Economic Loss: $2,000,000.00

Total Damages Requested: $25,000,000.00 (Twenty-Five Million Dollars)

C. Grant declaratory relief that Defendants' conduct violated Plaintiffs' constitutional rights; and

D. Award any other relief the Court deems just and proper.

Respectfully submitted this 25th day of October, 2025.

/s/ Shonrick Brame

Shonrick Brame

Lead Plaintiff, Father and Grandfather, and Authorized Representative for All Plaintiffs

Acting Pro Se

6655 Densmore Ave.

Van Nuys, CA 91406

Phone: (818) 515-6249

Trust Email: ShonrickBrameTrust@gmail.com

------------------------------------------------------------------------

Footer: CV-25-02230-PHX-KML (CDB) – First Amended Complaint