**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**Shonrick Brame**, Plaintiff,

v.

**Copeland, et al.**, Defendants.

Case No. CV-25-02230-KML-CDB



**REQUEST FOR STATUS UPDATE, SCREENING DETERMINATION, AND ISSUANCE OF SUMMONS**

1. Plaintiff commenced this action on June 27, 2025.

2. On October 20, 2025, the Court granted Plaintiff's Application to Proceed In Forma Pauperis and dismissed the original Complaint with leave to amend within thirty (30) days.

3. Plaintiff timely complied with the Court's Order by filing an Amended Complaint on October 30, 2025.

4. To Plaintiff's knowledge, no subsequent screening determination has been entered regarding the Amended Complaint.

5. To Plaintiff's knowledge, no summonses have been issued and service has not commenced upon the named Defendants.

6. More than seven months have elapsed since the filing of the Amended Complaint, and Plaintiff respectfully seeks clarification regarding the present status of this action.

7. Plaintiff further states that the matters alleged in this action are not merely historical events. Plaintiff contends that he continues to experience ongoing civil-rights violations, harassment, intimidation, and interference by members of the Glendale Police Department and related individuals. Plaintiff therefore has a continuing interest in the timely screening and progression of this action so that the claims presented may be adjudicated on their merits.

8. Plaintiff respectfully submits that the continued delay in screening the Amended Complaint and determining whether service may proceed has prejudicial consequences because the conduct alleged by Plaintiff is, according to Plaintiff, ongoing in nature. Plaintiff therefore respectfully requests clarification regarding the status of the Amended Complaint and the next procedural steps necessary for this matter to proceed.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Provide a status update regarding the current posture of this action;
B. Advise whether the Amended Complaint remains under screening review;
C. Issue a screening determination regarding the Amended Complaint;
D. Issue summonses and permit service to proceed if the Court determines the Amended Complaint is sufficient;
E. Consider the ongoing nature of the alleged constitutional violations and resulting prejudice from continued delay; and
F. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Shonrick Brame
Plaintiff, Pro Se